UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS J. STRATTON,

    Plaintiff,

v.                                                Case No: 2:14-cv-490-FtM-38CM

SELECTIVE INSURANCE COMPANY
OF SOUTH CAROLINA,

    Defendant.
_____/

**ORDER**[1]

    This matter comes before the Court on review of the docket in this action. On September 17, 2014, the Court granted Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. (Doc. #5). Because the dismissal was without prejudice, if Plaintiff wishes to proceed with this action, Plaintiff has until Thursday, October 2, 2014, to file an amended complaint. Should Plaintiff fail to file an amended complaint on or before this deadline, this action will be closed.

    Accordingly, it is now **ORDERED:**

    In order to proceed with this action, Plaintiff must file an amended complaint on or before **Thursday, October 2, 2014**, or this case will be closed.

    **DONE** and **ORDERED** in Fort Myers, Florida this 18th day of September, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.